# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS KAMBER,<br><br>             Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent. | Case No. 1:19-cv-00899-LJO-SAB-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF Nos. 6, 7) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 27, 2019, the Magistrate Judge issued Findings and Recommendation that recommended granting Respondent's motion to dismiss and dismissing the petition as moot. (ECF No. 7). This Findings and Recommendation was served on Petitioner and contained notice that any objections were to be filed within fourteen (14) days of the date of service of that order. To date, no objections have been filed, and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendation.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on November 27, 2019 (ECF No. 7) is ADOPTED IN FULL;
2. Respondent's motion to dismiss (ECF No. 6) is GRANTED;
3. The petition for writ of habeas corpus is DISMISSED; and
4. The Clerk of Court is directed to CLOSE the case.

IT IS SO ORDERED.

Dated: **January 4, 2020**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE